# United States Court of Appeals
## For the First Circuit

No. 09-2596

PLUMBERS' UNION LOCAL NO. 12 PENSION FUND, Individually and on
behalf of all others similarly situated; PLUMBERS' & PIPEFITTERS'
WELFARE EDUCATIONAL FUND; NECA-IBEW HEALTH & WELFARE FUND,

Plaintiffs, Appellants,

v.

NOMURA ASSET ACCEPTANCE CORPORATION; JOHN P. GRAHAM; NATHAN GORIN;
JOHN McCARTHY; DAVID FINDLAY; ALTERNATIVE LOAN TRUST 2006-AF1;
ALTERNATIVE LOAN TRUST 2006-AF2; ALTERNATIVE LOAN TRUST 2006-AP1;
ALTERNATIVE LOAN TRUST AR2; ALTERNATIVE LOAN TRUST AR3; ALTERNATIVE
LOAN TRUST 2006-AR4; ALTERNATIVE LOAN TRUST 2006-WF1; NOMURA
SECURITIES INTERNATIONAL, INC.; GREENWICH CAPITAL MARKETS,  INC.;
UBS SECURITIES, LLC; CITIGROUP GLOBAL MARKETS, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH, INC.; GOLDMAN, SACHS & CO.; ALTERNATIVE
LOAN TRUST 2006-AR1,

Defendants, Appellees.

ERRATA

The opinion of this Court, issued on January 20, 2011, should be
amended as follows.

On page 4, line 2, replace "April 16, 2006," with "April 19,
2006,".

On page 13, line 3 of footnote 7, insert "to" between "entitled"
and "maintain".